In the Matter of the Claim of GLEN HANES, Respondent, v. INDIAN HILLS GOLF CLUB, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.